593 P.2d 670

**DIESEL DRIVERS, Petitioner Employer,**

**Mission Insurance Company, Petitioner Carrier,**

v.

**The INDUSTRIAL COMMISSION of Arizona, Respondent,**

**Harrison Bittinger, Deceased, Carol Bittinger, widow, Monica Galla Juan, Michael Luis Juan, Joseph William Bryan Leach and Robert Patrick Juan, Individually and by their guardian ad litem, Carol Bittinger, Respondents Dependents.**

**No. 14281–PR.**

Supreme Court of Arizona, In Banc.

April 9, 1979.

Lewis & Roca by Merton E. Marks, R. Kent Klein, Phoenix, for petitioners.

John H. Budd, Jr., Chief Counsel, Phoenix, for respondent, The Industrial Commission of Arizona.

Chris T. Johnson, P.C. by Chris T. Johnson, Dennis R. Kurth, Phoenix, for respondent dependents.

CAMERON, Chief Justice.

The petition for review is granted. The decision of the Court of Appeals in *Diesel Drivers, Mission Insurance Company v. Industrial Commission, et al.,* 122 Ariz. 184, 593 P.2d 934 (App.1979) is approved and adopted as the opinion of this court.

STRUCKMEYER, Jr., V. C. J., and HAYS, HOLOHAN and GORDON, JJ., concur.